UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-3944-DMG (JPRx) | Date | August 13, 2015 |
| Title | HCT Packaging, Inc. v. Innovative Beauty Group, et al. | | |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NONE PRESENT |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** IN CHAMBERS - ORDER AND NOTICE TO PARTIES

In light of Plaintiff's Motion to Dismiss ("Motion") filed on August 12, 2015 [Doc. # 24], the Court hereby **GRANTS** the Motion and **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). This Court retains full jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.